JANUARY 9, 2004

No. 02–1541. IOWA *v.* TOVAR. Sup. Ct. Iowa. [Certiorari granted, 539 U. S. 987.] Motion of the Solicitor General for leave

to participate in oral argument as *amicus curiae* and for divided argument granted.